THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Angela Vaughn, Appellant.
 
 
 

Appeal From Anderson County
 Alexander S. Macaulay, Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-167
Submitted March 3, 2008  Filed March 12,
 2008    
APPEAL DISMISSED

 
 
 
 Michael W. Barcroft, of Greenville, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Christina Theos Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM: Angela Vaughn appeals her convictions and sentences
 for murder and possession of a firearm during the commission of a violent crime. 
 On appeal, Vaughn maintains the trial court erred in admitting testimony of an
 alleged threat to the victim, allowing hearsay testimony from the victims
 co-workers, and failing to grant a directed verdict.  After a thorough review of the record and counsels
 brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Vaughns appeal and grant counsels motion to be relieved. 
 
APPEAL
 DISMISSED. 
HEARN,
 C.J., and PIEPER, J., and CURETON, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.